V# 10120   #128643

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 JUL -6 PM 4:04
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:   ROBERTSON, GARY L, JR            Case No. 09-36638

ROBERTSON, LAWANDA L

Judge MARY ANN WHIPPLE

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Premium Asset Recovery Corp | PO Box 1810<br>Warren, MI 48090 | $3.26 |

Check for $3.26 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 7/1/10

cc:

Office of the U.S. Trustee